STATE OF CONNECTICUT *v.* JEFFREY B. WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 168 (AC 26808), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Cyd O. Oppenheimer,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided September 5, 2007

STATE OF CONNECTICUT *v.* JOHN B.

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 453 (AC 27305), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Christopher Y. Duby,* special public defender, in support of the petition.

*Kathryn Ward Bare,* special deputy assistant state's attorney, in opposition.

Decided September 5, 2007

ANTHONY D. BOONE, ADMINISTRATOR (ESTATE OF KYLE KALIK BOONE), ET AL. *v.* WILLIAM W. BACKUS HOSPITAL

The plaintiffs' petition for certification for appeal from the Appellate Court, 102 Conn. App. 305 (AC 27502), is denied.